# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: Lee D. Mork, Jr., | Chapter 13 |
| Debtor | Case No. 18-12962-CJF |

## OBJECTION TO THE TRUSTEE'S MOTION TO DISMISS

Debtor, Lee D. Mork, Jr., by his attorneys of Debt Advisors, S.C., hereby objects to the Motion to Dismiss and represents as follows:

1. Debtor filed his Chapter 13 Bankruptcy on August 29, 2018.
2. Trustee Mark Harring has filed a Motion to Dismiss for failure to make plan payments.
3. Debtor has now commenced his Chapter 13 payments.
4. Debtor will make-up delinquent payments or file a modified plan accounting for them within the next 30 days.

**WHEREFORE**, Debtor requests that the Motion to Dismiss filed by the Trustee be denied or, in the alternative, that a hearing be set in this matter.

Dated this 23rd day of October, 2018

**DEBT ADVISORS, S.C.**
/s/ Chad L. Schomburg
Chad L. Schomburg, #1036431

Debt Advisors, S.C.
2600 N. Mayfair Rd., Suite 700
Milwaukee, WI 53226
P: (414) 755-2400
F: (414) 257-0172