**THIS ORDER IS SIGNED AND ENTERED.**



Dated: July 1, 2019

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Western District of Wisconsin

IN THE MATTER OF:  Case Number  18-12962
Lee D Mork, Jr.
SS#:  XXX-XX-4001

ORDER TO EMPLOYER TO PAY THE TRUSTEE

TO  INCOME PROPERTY INVESTMENTS
ATTN: PAYROLL GARNISHMENTS
520 E FOOTHILL BL
POMONA, CA 91767

Employer of above-named debtor:

It is ordered that INCOME PROPERTY INVESTMENTS as employer of the debtor, until further notice from the Trustee, deduct from the earnings of the employee the sum of:

$795.00    Monthly    Due by: 07/01/2019
and to continue Monthly thereafter.

**Include the Employee's Name and Case Number    (18-12962)**  on the remittance.

If your pay cycle differs from the required payment(s) shown above you may pay in accordance with your cycle so long as the amount you remit is equivalent to the above amount on an annual basis. Please indicate your cycle if different from the cycle ordered.

Payments should be made to:  **Mark Harring Standing Trustee**
and mailed to:  **Mark Harring Ch 13 Trustee**
**P.O. Box 88004**
**Chicago, IL 60680-1004**
Ch 13 Office  Phone #  608-256-4320

It is further ordered that the Employer notify the Trustee if the employment of the debtor is terminated and the reason for termination and,  From all Earnings and wages of the debtor, no deduction other than authorized or directed by this Court shall be made by the employer except the amounts required to be withheld by the provisions of any Federal or State law or regulation or insurance, pension, or union dues agreement between employer and the debtor in accordance with the employer's usual payroll procedure.

This order supersedes any previous order made to you in this case.
YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

###